# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**FREDERICK E. SCHUCK, #R6254**                                              **PETITIONER**

**VERSUS**                                              **CIVIL ACTION  NO. 1:04CV0853-DMR-JMR**

**RONALD KING and JIM HOOD**                                              **RESPONDENTS**

## FINAL JUDGMENT

As all the claims and the rights and liabilities as to all of the parties have been adjudicated by an Order entered by this Court in the above captioned cause, incorporated herein by reference, and the entry of a final judgment having been ordered therein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that a Final Judgment be and hereby is entered in this cause in accordance with Rules 54(b) and 58 of the Federal Rules of Civil Procedure as all the claims and the rights and liabilities as to all of the parties have been adjudicated and this cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the ___4th___ day of April , 2007.


                                              /S/   DAN M. RUSSELL, JR.
                                              **UNITED STATES DISTRICT JUDGE**